UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **ROBERT M-G MCCOY**, <br><br> Plaintiff, <br><br> v. <br><br> **DONALD SMITH, ET AL.**, <br><br> Defendant. | 2:20-CV-11345 <br><br> **ORDER DENYING MOTIONS TO RECONSIDER AND AMEND COMPLAINT (ECF NOS. 15 AND 16) WITHOUT PREJUDICE** |

Before the Court is Plaintiff's motion for reconsideration (ECF No. 15) and motion to amend his complaint (ECF No. 16). On July 22, 2020, the Court issued an order partially dismissing his civil rights complaint and allowing the case to continue as to the remaining Defendants. ECF No. 9. Shortly after, the Court stayed the case and referred Plaintiff to the Pro Se Prisoner Early Mediation Program. ECF No. 14. For several months, the Pro Se Early Mediation Program experienced delays due to disruptions caused by the pandemic. Magistrate Judge Morris subsequently issued an order setting a pro se prisoner early mediation conference for March 2, 2021. ECF No. 20. As a result, while the case is in early mediation, the pending motions are denied without prejudice.

Dated: February 23, 2021    s/Terrence G. Berg
                            TERRENCE G. BERG
                            UNITED STATES DISTRICT JUDGE

1