UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **ROBERT M-G McCOY**, <br><br> Plaintiff, <br><br> vs. <br><br> **DONALD SMITH, ROBERT STIDHAM, RILEY DESNOYER, TERRELL WILLIS, JULIE, BRIDGEWATER, AND JASON FLYNN,** <br><br> Defendants. | 20-CV-11345-TGB-DRG <br><br> **JUDGMENT** |

In accordance with the Opinion and Order issued on this date;

It is **ORDERED AND ADJUDGED** that this case is **DISMISSED.**

Dated at Detroit, Michigan:  February 4, 2022

                                     KINIKIA ESSEX
                                     CLERK OF THE COURT

                                     s/A. Chubb
                                     Case Manager and Deputy Clerk

APPROVED:
s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE